THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Eric Rife, Appellant.
 
 
 

Appeal From Richland County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-346
Submitted May 1, 2005  Filed May 19, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz III, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: In July 2002, a Richland County jury found Eric Rife guilty of murdering his friend Ian Williams after the two had become involved in an altercation in Rifes apartment.  He was sentenced to forty years imprisonment.  Rife appeals and counsel for Rife has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Rife filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), and after consideration of appellants pro se response we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
HEARN, C.J., BEATTY and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.